IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHANG BIAO ZHENG<br>Defendant | CASE NO.: 13-CR-00040-JCM-VCF-2 |

## SUBSTITUTION OF ATTORNEY

CHANG BIAO ZHENG, (Defendant) hereby substitutes
(Name of Party)

_____Alex R. Kessel, Law Offices of Alex Kessel_____.
(New Attorney)

(Address): 16542 Ventura, Boulevard, Suite 305, Encino, CA 91436

(Telephone): (818) 995-1422____, as attorney of record in Place and stead of:

Attorney James A. Oronoz

DATED: 2/6/13        ZHENG CHANG BIAO
                                    (Signature of Party)

I consent to the above substitution.

DATED: 2/7/13        _____
                                    (Signature of Present Attorney)

...

...

...

1

I am duly admitted to practice in this District.

Above Substitution Accepted.

DATED: 2/1/13

_____
(Signature of New Attorney)
* Pro Hac Vice Petition Pending

DATED: 2/04/13

_____
(Local Counsel Jerry T. Donohue  Phone: (702) 409-8239)

Please check one: _X_ RETAINED, or __ APPOINTED BY THE COURT

APPROVED:

DATED: 2-22-2013

_____
UNITED STATES ~~DISTRICT~~ JUDGE
           MAGISTRATE